GIBSON, DUNN & CRUTCHER LLP
JOSEPH R. ROSE, SBN 279092
   jrose@gibsondunn.com
One Embarcadero Center, Suite 2600
San Francisco, California  94111-3715
Telephone:  415.393.8200
Facsimile:  415.393.8306

GIBSON, DUNN & CRUTCHER LLP
KATIE M. MAGALLANES, SBN 300277
   kmagallanes@gibsondunn.com
3161 Michelson Drive
Irvine, California  92612-4412
Telephone:  949.451.3800
Facsimile:  949.451.4220

Attorneys for Defendant
LOWE'S HOME CENTERS, LLC

## IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCERO QUINTANA, ROBERTO ZEPEDA, MICHELLE HOLLAND, REGINE DIAZ-GUTIERREZ, WALTER MORALES-DELGADO, and SAUL ENRIQUEZ, individually, and on behalf of the State of California as individuals,<br><br>        Plaintiffs,<br><br>    v.<br><br>LOWE'S HOME CENTERS, LLC, a North Carolina limited liability company; and DOES 1 through 10, inclusive,<br><br>        Defendants. | CASE NO. 2:24-cv-05641-GW-SK<br><br>**NOTICE OF SETTLEMENT**<br><br>Hon. George H. Wu<br>Courtroom 9D<br><br>Date Action Filed:  May 15, 2024<br>Trial Date:        None Set |

**TO THE HONORABLE JUDGE GEORGE H. WU**:

PLEASE TAKE NOTICE that, in accordance with Local Rule 16-15.7, Plaintiffs Lucero Quintana, Roberto Zepeda, Michelle Holland, Regine Diaz-Gutierrez, Walter Morales-Delgado, and Saul Enriquez (collectively, "Plaintiffs") and Defendant Lowe's Home Centers, LLC ("Defendant"), by and through their counsel of record, hereby notify the Court that the parties have reached an agreement in principle. The parties are currently negotiating the specific terms of the settlement agreement and will jointly seek dismissal of this action following the finalization of those terms. This settlement will cover individual settlements for the individual Plaintiffs in this action only and is not being implemented on a class or representative basis. For the avoidance of doubt, this settlement in no way affects other class and/or representative and/or individual actions pursued by other workers.

Accordingly, the parties respectfully request that the Court issue an order: (1) staying this action, except to accomplish the matters described above; and (2) vacating all current deadlines, including the August 9, 2024 deadline for Defendant to file its responsive pleading and any attendant deadlines associated with the initial Scheduling Conference, which is currently set for September 9, 2024.

The parties further agree, subject to the Court's approval, to file a Joint Notice of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) or provide a progress report on the status of settlement within the next 60 days.

Gibson, Dunn &
Crutcher LLP

1  DATED:  August 6, 2024                    GIBSON, DUNN & CRUTCHER LLP
2                                            JOSEPH R. ROSE
                                             KATIE M. MAGALLANES
3
                                             By: */s/ Katie M. Magallanes*[1]
4                                                 Katie M. Magallanes
5
                                             Attorneys for Defendant
6                                            LOWE'S HOME CENTERS, LLC

7  DATED:  August 6, 2024                    WILSHIRE LAW FIRM
                                             JOHN G. YSLAS
8                                            JEFFREY C. BILS
                                             ARAM BOY ADJIAN
9                                            ANDREW SANDOVAL
                                             JOHN BROWN
10
11                                           By: */s/ Jeffrey C. Bils*
                                                  Jeffrey C. Bils
12
                                             Attorneys for Plaintiffs
13                                           LUCERO QUINTANA, et al.

14

15

16

17

18

19

20

21

22

23

24

25

26

27  [1] Pursuant to L.R. 5-4.3.4(a)(2)(i), counsel for Defendant, Katie M. Magallanes, certifies
    that the undersigned counsel has concurred in this filing's content and authorized this
28  filing.