# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 24-5641-GW-SKx | Date | August 7, 2024 |
|---|---|---|---|
| Title | *Lucero Quintana, et al. v. Lowe's Home Centers, LLC, et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:** IN CHAMBERS - ORDER TO SHOW CAUSE RE SETTLEMENT

The Court has received the parties' Notice of Settlement (ECF No. 15) which indicates that the parties have reached a tentative settlement of this action and that they expect a dismissal to be filed within the next 60 days. Based thereon, the Court: (1) stays this matter, (2) sets an order to show cause re settlement for October 7, 2024, at 8:30 a.m., and (3) orders the parties to file either a stipulation to dismiss or a joint status report by noon on October 3, 2024.

:

Initials of Preparer   JG