JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCERO QUINTANA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> LOWE'S HOME CENTGERS, LLC, et al., <br><br> Defendants. | Case No.  CV 24-5641-GW-SKx <br><br> **ORDER TO DISMISS WITH PREJUDICE** |

Based upon the stipulation between the parties and their respective counsel, it is hereby ORDERED that this action is dismissed with prejudice in its entirety.

IT IS SO ORDERED.

Dated: January 28, 2025

_____
HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE